# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLA AHMED BAABBAD,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>GEORGE GALAZA, WARDEN,<br><br>　　　　　　　Respondent.<br>_____/ | CV F 05-0601 REC DLB HC<br>CV F 02-6643 OWW WMW HC<br><br>ORDER TO PETITION IN CASE NO. "CV F 005-0601 REC DLB HC" INTO CASE NO. "CV F 02-6643 OWW WMW HC"<br><br>ORDER TO ADMINISTRATIVELY CLOSE CASE NO. "CV F 05-0601 REC DLB HC" |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 4, 2005, Petitioner filed a petition for writ of habeas corpus.  The case was assigned Case No. "CV F 05-0601 REC DLB HC."  Because Petitioner neglected to place a case number on the petition and neglected to designate the petition as an amended petition, the petition was opened as a new case.  On June 2, 2005, Petitioner filed a notice to the court indicating that he intended the petition filed in "CV F 05-0601 REC DLB HC" to be filed in his pending habeas petition Case No. "CV F 02-6643 OWW WMW HC" as an amended petition.

　　　　Based on the foregoing, it is HEREBY ORDERED that:

　　　　1.　　The Clerk of the Court SHALL RE-FILE the petition in Case No. "CV F 05-0601 REC DLB HC" into Case No. "CV F 02-6643 OWW WMW HC";

///

///

1  2.      The Clerk of the Court SHALL ADMINISTRATIVELY CLOSE Case No. "CV F
2          05-0601 REC DLB HC."
3      Petitioner is advised that pursuant to Local Rule 7-132, documentation submitted to the
4  Court should be in caption form and include the appropriate case number and name.
5      IT IS SO ORDERED.
6  **Dated:    June 10, 2005**                    /s/ **Dennis L. Beck**
   3b142a                                   UNITED STATES MAGISTRATE JUDGE

2